# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Randolph, Arthur R. | **2. Court or Organization**<br><br>U.S. Court of Appeals/D.C. Cir | **3. Date of Report**<br><br>07/11/2016 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Judge - senior status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Appeals/D.C. Cir
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 07/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Pillsbury, Winthrop, Shaw, Pittman |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 07/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Money Market at Smith Barney | A | Interest | K | T | | | | | |
| 2.   401(K) - World Bond Fund - American Funds | A | Dividend | K | T | | | | | |
| 3.   401(K) - Pimco High Income | A | Dividend | J | T | | | | | |
| 4.   401(K) - Dur. Inc. Fund - Eaton Vance | B | Dividend | K | T | | | | | |
| 5.   401(K) - Pimco Real Ret. | A | Dividend | K | T | | | | | |
| 6.   Pillsbury Retirement Savings Plan - Fidelity PYR INX LFC 2015U | A | Dividend | O | T | | | | | |
| 7.   ML & Co. Str. ACC - Am Cap. Growth | A | Dividend | K | T | | | | | |
| 8.   Blackrock Gov't & Cap. | A | Dividend | J | T | | | | | |
| 9.   Citibank - Savings | C | Interest | K | T | | | | | |
| 10.  401(K) - U.S. Gov't - American | A | Dividend | J | T | | | | | |
| 11.  401(K) - Eaton Vance - Floating | A | Dividend | J | T | | | | | |
| 12.  401(K) Fidelity - Floating | A | Dividend | K | T | | | | | |
| 13.  401(K) - Gov't Goldman Sachs | A | Dividend | J | T | | | | | |
| 14.  401(K) - Adv. Fidelity Int | A | Dividend | J | T | | | | | |
| 15.  Mutual Fund - NATX- IRA - Gateway Fund C | A | Dividend | L | T | | | | | |
| 16.  Mutual Fund - First Eagle - IRA - Global | A | Dividend | L | T | | | | | |
| 17.  Mutual Fund - Ivy Asset | A | Dividend | M | T | Sold (part) | 10/21/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund - Am Century Bond - IRA | A | Dividend | K | T | | | | | |
| 19. Mutual Fund - JP Tax Free - JT | A | Dividend | K | T | | | | | |
| 20. Mutual Fund - Franklin TOT. - A | A | Dividend | J | T | | | | | |
| 21. Mutual Fund - Putnam - Absolute Ret. 300 | A | Dividend | K | T | | | | | |
| 22. Mutual Fund - Sun Am Senior | A | Dividend | K | T | | | | | |
| 23. Mutual Fund - Temp. Global | A | Dividend | K | T | | | | | |
| 24. 401(K) Mutual Fund - ClearBridge | A | Dividend | K | T | | | | | |
| 25. 401(K) - Tortoise MLP | A | Dividend | K | T | | | | | |
| 26. 401(K) - Bank of Am. | A | Dividend | J | T | | | | | |
| 27. 401(K) - Goldman St. Inc. | A | Dividend | K | T | | | | | |
| 28. M- Dreyfus Bond Fund | A | Dividend | | | Sold | 01/30/15 | J | | |
| 29. M - I Shares Silver | A | Dividend | J | T | | | | | |
| 30. 401(K) - John Hancock Rainer | A | Dividend | K | T | | | | | |
| 31. 401(K) - Blackrock Cap. | A | Dividend | K | T | | | | | |
| 32. 401(K) - Gabelli Gold Gamco | A | Dividend | J | T | | | | | |
| 33. 401(K) - Am Global Bal. | A | Dividend | K | T | | | | | |
| 34. 401(K) - Goldman Equity | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Jt - JP Morgan Int. Tax | A | Dividend | K | T | | | | | |
| 36. Jt - SPDR Gold | A | Dividend | J | T | | | | | |
| 37. Jt - 1st Eagle Global | A | Dividend | K | T | | | | | |
| 38. Jt - Am Infl. Bond | A | Dividend | K | T | | | | | |
| 39. Hartford HBLCX - IRA | A | Dividend | K | T | | | | | |
| 40. Ivy High Inc. - IRA | A | Dividend | K | T | | | | | |
| 41. Jt. IShares Mun. | A | Dividend | K | T | | | | | |
| 42. 401(K) - Am. High Inc. | A | Dividend | K | T | | | | | |
| 43. 401(K) - Gold Am. Eagle | | None | J | T | | | | | |
| 44. 401(K) - Silver Am. Eagle | | None | J | T | | | | | |
| 45. SunAmerica - SR Floating Rate | A | Dividend | K | T | | | | | |
| 46. Transamerica - Flexible Income | B | Dividend | K | T | | | | | |
| 47. Wells Fargo Adv - Absolute Ret. | A | Dividend | K | T | | | | | |
| 48. Wells Fargo Prem - Lg Co GW | A | Dividend | L | T | | | | | |
| 49. Pimco Commodity | A | Dividend | J | T | | | | | |
| 50. Am. Century Value | A | Dividend | K | T | | | | | |
| 51. Blackrock Global Sm. C. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Del. Small Cap. | A | Dividend | K | T | | | | | |
| 53. Jt - I Shares High Div. | A | Dividend | K | T | | | | | |
| 54. Jt - Vanguard Div. App. | A | Dividend | K | T | | | | | |
| 55. Jt. - Goldman Inc. | A | Dividend | K | T | | | | | |
| 56. Jt. - Ivy Sc. & Tech. | A | Dividend | K | T | | | | | |
| 57. Jt. - Blackrock Gl. Smcap. | A | Dividend | K | T | | | | | |
| 58. Jt. - Blackrock Multi-A | A | Dividend | K | T | | | | | |
| 59. Jt. - Del. Div. | A | Dividend | K | T | | | | | |
| 60. Jt. - Lord A. Multi-A | A | Dividend | K | T | | | | | |
| 61. Jt. - JP Morgan Strat. Inc. | A | Dividend | K | T | | | | | |
| 62. Jt. - Putnam Div. | A | Dividend | K | T | | | | | |
| 63. Jt. - SunAm. Div. Str. | A | Dividend | K | T | | | | | |
| 64. JP Morgan Glb. Allo. | A | Dividend | L | T | Buy | 10/22/15 | L | | |
| 65. Blackrock Multi-A. | A | Dividend | K | T | Buy | 10/19/15 | K | | |
| 66. Capital One-Savings | A | Interest | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Randolph, Arthur R.** | 07/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Inadvertently listed Vanguard Div. App. twice on my 2013 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ Arthur R. Randolph**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544